IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  Dontriniece L. Knox                                                                Case No. 17-73553-FJS
                               Debtor.                                                                                Chapter 7

**CONSENT ORDER MODIFYING AUTOMATIC STAY**

Upon the Motion for Relief from the Automatic Stay by Jessica Lynch ("**Plaintiff**"), having been properly served and upon agreement by Counsel, and it appearing that the relief requested is in the best interest of the parties; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is GRANTED; and

2. That relief be granted as to the Debtor pursuant to 11 U.S.C. §362(d);

3. the Movant may proceed in the prosecution of their state court actions against the Debtor Defendant to engage in pre-trial discovery and other trial, preparation proceedings, settlement negotiations, and with the trial of the case and appeal, if any, of the verdict;

4. the Movant may enforce any judgment obtained only to the extent of applicable insurance coverage of the Debtor Defendant;

5. That the 14-day stay described in Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived, and such relief from stay shall become effective immediately upon entry of this Order; and

6. For such other relief as the Court deems proper.

Dated:_____                                        _____

Jennifer T. Langley, Esq. (VSB# 81454)
INMAN & STRICKLER, P.L.C.
575 Lynnhaven Parkway, Suite 200
Virginia Beach, Virginia 23452
Tel: 757-486-7055
Fax: 757-431-0410
jlangley@inmanstrickler.com
*Counsel for Plaintiff*

Norfolk, Virginia                                    UNITED STATES BANKRUPTCY JUDGE

                                                     Entered on: _____

**I ASK FOR THIS:**

*/s/Jennifer T. Langley*
Jennifer T. Langley (VSB #81454)
INMAN & STRICKLER, PLC
575 Lynnhaven Pkwy, Ste. 200
Virginia Beach, VA  23452
*Counsel for Plaintiff*

**SEEN AND AGREED:**

*/s/ Timothy Roy Douglass*
Timothy Roy Douglass (VSB #72901)
JOHN W. LEE, P.C.
291 Independence Blvd.
Suite 530, Pembroke 4
Virginia Beach, Virginia 23462
*Counsel for the Debtor*


### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                    */s/ Jennifer T. Langley*

The Clerk shall mail a copy of the entered Order to the following:

Jennifer T. Langley
INMAN & STRICKLER, PLC
575 Lynnhaven Pkwy, Ste. 200
Virginia Beach, VA  23452
*Counsel for Movant*

Dontriniece L. Knox
2908 Wingfield Avenue
Apt. #6
Chesapeake, VA 23324-4501
*Debtor*

Timothy Roy Douglass
JOHN W. LEE, P.C.
291 Independence Blvd.
Suite 530, Pembroke 4
Virginia Beach, Virginia 23462
*Counsel for the Debtor*

Done at Norfolk, Virginia this ____ day of _____, 201__.